# United States District Court
## Southern District of Georgia

BRO T. HESED-EL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-079

DISTRICT CLERK SCOTT L. POFF,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 21, 2018 adopting the Report and Recommendation as the opinion of the Court, nothing in Plaintiff's objections warrants deviation from the Magistrate Judge's recommendation; therefore, this case is dismissed and this civil action stands closed. Plaintiff shall be required to post a $100 frivolity bond with the Clerk of Court before filing any future lawsuit.

| | |
|---|---|
| 06/21/2018 | Scott L. Poff |
| *Date* | *Clerk* |
| | /s/ Jamie Hodge |
| | *(By) Deputy Clerk* |